```
 1  CLEMENTE M. JIMÉNEZ, SBN 207136
    428 J Street, Suite 355
 2  Sacramento, CA 95814
 3  (916) 443-8055

 4  Attorney for Defendant
 5  JOSE MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MENDOZA<br><br>Defendant. | Case No.: 07-134 EJG<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   August 6, 2010<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Edward J. Garcia |
|---|---|

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE MENDOZA, that the status conference scheduled for August 6, 2010, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 17, 2010, at 10:00 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with his client.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

| | |
|---|---|
| DATED: August 5, 2010 | /S/     Philip Ferrari _____<br>PHILIP FERRARI<br>Attorney for Plaintiff |
| | /S/     Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Jose Mendoza |

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 6, 2010, at 10:00 a.m., be vacated and the matter continued to September 17, 2010, at 10:00 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 5th day of August, 2010

/s/ Edward J. Garcia_____
HON. EDWARD J. GARCIA
United States District Judge