BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-07-0134 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOSE JUAN MENDOZA, | Date: March 4, 2011<br>Time: 10:00 a.m. |
| Defendant. | Hon.  Edward J. Garcia |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jose Juan Mendoza, by and through his counsel Clemente Jimenez, that the status conference currently set for February 11, 2011, be vacated and reset for March 4, 2011 at 10:00 a.m.  The reason for the requested continuance is continuity of counsel, and so that the parties may continue to investigate the facts of this case and seek resolution.  The parties stipulate that the ends of justice are served by the Court excluding the time between the date of this Order and the status conference on March 4 from calculation under the speedy trial act, so that each defense counsel may have reasonable time necessary for effective preparation, taking into

-1-

account the exercise of due diligence.  18 U.S.C. §
3161(h)(7)(B)(iv).  Accordingly, speedy trial time is to be excluded
from the date of this order through the date of the hearing set for
March 4, 2011 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) [reasonable
time to prepare] (Local Code T4).

DATED: February 10, 2011       /s/ Philip Ferrari for
                               CLEMENTE JIMENEZ, ESQ.
                               Attny. for Jose Juan Mendoza

DATED: February 10, 2011       BENJAMIN B. WAGNER
                               United States Attorney

                           By: /s/ Philip A. Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:  2/10/11                 HON. EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

-2-